Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

v.   Crim. No. 3:99CR78-003/RV

TYRONE MAYBERRY

On January 21, 2000, the above named was sentenced to a period of 5 years supervised release. Tyrone Mayberry has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____  
Russell A. Szafran  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___29___ day of ___November___, 2006.

_____  
Roger Vinson  
Senior U.S. District Judge

06 NOV 30  AM 9: 35